IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANICE GORDANIER and FLOYD GORDANIER,
Wife and Husband,

       Plaintiffs,

v.                                                                                    1:15-cv-1084-MV/LF

LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation,

       Defendant.

## FINAL ORDER

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and consistent with the parties' stipulated voluntary dismissal of this case,

**IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE